

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00161-CR

| | | |
|---|---|---|
| Terry Lee McElroy | § | From the 271st District Court |
| | § | of Wise County (CR18461) |
| v. | § | June 21, 2018 |
| | § | Opinion by Justice Dauphinot |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Lee Ann Dauphinot
        Justice Lee Ann Dauphinot